and then only if irreparable injury will ensue. The showing made does not warrant the granting of the writ in this case.

208 So.2d 320

**Mr. and Mrs. Ronald BURAS**

v.

**AETNA CASUALTY AND SURETY COMPANY et al.**

No. 49149.

March 25, 1968.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.